UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT


In the Matter of:

ALEX SAAD & LAURA SAAD,                    Bankruptcy Case No. 09-32397-DSO
                                           Chapter 7
                    Debtor(s)              Hon. Daniel S. Opperman
_____/


NOTICE OF UNCLAIMED DIVIDENDS


TO THE CLERK OF THE COURT:

        The attached check in the amount of $0.94 represents the total sum of
unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a)
.The name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:


Creditor Name            Claim No.          Amount of Dividend

Brighton Dermatology         6                     .94



Dated: June 17, 2010              __/s/ Samuel D. Sweet_
                                  Samuel D. Sweet, Chapter 7 Trustee
                                  P.O. Box    757
                                  Ortonville, MI 48462-0757
                                  248-236-0985
                                  ssweet@trusteesweet.us